IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**LUCAS JANTZ HADERMAN**                                                                           **PLAINTIFF**

V.                             **CASE NO. 5:24-CV-5015**

**STATE OF ARKANSAS**                                                                              **DEFENDANT**

## ORDER

Now pending is the Report and Recommendation ("R&R") (Doc. 7) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Plaintiff is attempting to challenge the validity of a plea agreement he signed in 2017 in a state criminal prosecution. Upon *de novo* review of the case, the Court agrees that Plaintiff's claims are barred by the doctrine of sovereign immunity and the doctrine set forth in *Heck v. Humphrey*, 512 U.S. 477 (1994).

Plaintiff's Objection to the R&R (Doc. 9) fails to engage with the Magistrate Judge's reasoning in any respect. Plaintiff only asks the Court for help in stating a cognizable claim, which the Court cannot offer. Moreover, indigent civil litigants have no constitutional right to the appointment of counsel, and the Court would only consider making a discretionary appointment if Plaintiff stated a non-frivolous, cognizable claim in the first instance—which he has not done.

Accordingly, **IT IS ORDERED** that the Objection is **OVERRULED**, the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED**.

**IT IS SO ORDERED** on this 16th day of February, 2024.

                                                     */s/ Timothy L. Brooks*
                                                     TIMOTHY L. BROOKS
                                                     UNITED STATES DISTRICT JUDGE